Sarah J. Crooks, OSB No. 971512
scrooks@perkinscoie.com
Perkins Coie LLP
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2252
Facsimile: (503) 346-2252

James P. Walsh, Jr. (*pro hac vice* pending)
james.walsh@morganlewis.com
Morgan Lewis & Bockis LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6647
Facsimile: (609) 919-6701

Shannon N. Attalla (*pro hac vice* pending)
shannon.attalla@morganlewis.com
Morgan Lewis & Bockis LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5452
Facsimile: (215) 963-5001

*Attorneys for Defendant Amazon Logistics, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JENNIFER GOODE, ANIBAL ALVAREZ, SKYLER STARES, and VICTOR GONZALEZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FM XPRESS, LTD, an Oregon Domestic Business Corporation and; AMAZON LOGISTICS, INC., A Foreign Business Corporation,<br><br>Defendants. | Case No. 3:19-cv-01910-IM<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT AMAZON LOGISTICS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

1- JOINT MOTION FOR EXTENSION OF TIME FOR AMAZON LOGISTICS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT
146976695.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

## LR 7-1 CERTIFICATION

In compliance with Local Rule 7-1(a), counsel for Defendant Amazon Logistics, Inc., conferred with counsel for Plaintiffs Jennifer Goode, Anibal Alvarez, Skyler Stares, and Victor Gonzalez, who join in the following motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 16-3(a), the parties, by and through their respective counsel, hereby jointly move the Court to enter an order extending Defendant Amazon Logistics, Inc's time to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1), until February 28, 2020.

## SUPPORTING MEMORANDUM

On November 25, 2019, Plaintiffs filed this action alleging common law breach of contract and Fair Labor Standards Act and Oregon Wage and Hour Laws causes of action. Defendant Amazon Logistics, Inc. received and executed a waiver of service, permitting Amazon Logistics, Inc. until January 27, 2020 to respond to Plaintiffs' Complaint.  Counsel for Plaintiffs and Amazon Logistics, Inc. (collectively "the parties") have conferred and agree that the additional time requested will help the parties evaluate the claims asserted and facilitate settlement discussions.  Therefore, as both parties agree that the extension requested will aid in reaching an amicable and ultimate resolution of the litigation, this extension is supported by good cause and complies with LR 16-3.

For these reasons, the parties respectfully request that the Court enter an order extending Defendant Amazon Logistic, Inc.'s time to answer or otherwise plead, until February 28, 2020.

2- JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT AMAZON LOGISTICS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

146976695.1

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Plaintiffs' counsel has reviewed this joint motion and consents to their electronic signature below.

Dated: January 21, 2020

Respectfully submitted,

| */s/ Lizeth Marin* | */s/ Sarah J. Crooks* |
|---|---|
| Lizeth Marin, OSB No. 185269 | Sarah J. Crooks, OSB No. 971512 |
| Corinna Spencer-Scheurich, OSB No. 130147 | PERKINS COIE LLP |
| NORTHWEST WORKERS' JUSTICE PROJECT | 1120 N.W. Couch Street Tenth Floor |
| 812 SW Washington St., Suite 225 | Portland, OR 97209-4128 |
| lizeth@nwjp.org | scrooks@perkinscoie.com |
| corinna@nwjp.org | Telephone: (503) 727-2252 |
| Telephone: (503) 525-8454 | Facsimile: (503) 346-2252 |
| Facsimile: (503) 946-3029 | |
| | James P. Walsh, Jr. (*pro hac vice* pending) |
| D. Michael Dale, OSB No. 771507 | MORGAN, LEWIS & BOCKIUS LLP |
| LAW OFFICE OF D. MICHAEL DALE | 502 Carnegie Center |
| P.O. Box 1032 | Princeton, NJ 08540-6241 |
| Conelius, OR 97113 | james.walsh@morganlewis.com |
| michaeldale@dmichaeldale.net | Telephone: (609) 919-6647 |
| Telephone: (503) 730-1706 | Facsimile: (609) 919-6701 |
| Facsimile: (503) 946-3089 | |
| | Shannon N. Attalla (*pro hac vice* pending) |
| *Attorneys for Plaintiffs* | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, Pennsylvania 19103 |
| | shannon.attalla@morganlewis.com |
| | Telephone: (215) 963-5452 |
| | Facsimile: (215) 963-5001 |
| | |
| | *Attorneys for Defendant Amazon Logistics, Inc.* |

3- JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT AMAZON LOGISTICS, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

146976695.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222